1  McGREGOR W. SCOTT
United States Attorney
2  LAURA D. WITHERS
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6

Attorneys for Plaintiff
7  United States of America

8

**FILED**

**Nov 19, 2020**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,            CASE NO.  1:20-cr-00219-NONE-SKO

12                  Plaintiff,           18 U.S.C. § 2422(b) – Attempted Coercion and
                                         Enticement of a Minor; 18 U.S.C. § 1470 -- Transfer
13            v.                         of Obscene Material to a Minor; 18 U.S.C. §§ 1467(a)
                                         and 2428(b) – Criminal Forfeiture
14  MICHAEL DICKENS,

15                  Defendant.

16

17                          I N D I C T M E N T

18

COUNT ONE:        [18 U.S.C. § 2422(b) – Attempted Coercion and Enticement of a Minor]
19
      The Grand Jury charges: T H A T
20
                        MICHAEL DICKENS,
21
defendant herein, beginning on or about October 21, 2020, and continuing through on or about October
22
30, 2020, in the County of Fresno, State and Eastern District of California, and elsewhere, using
23
facilities and means of interstate and foreign commerce, did knowingly attempt to persuade, induce,
24
entice, and coerce an individual who he believed had not attained the age of 18 years to engage in sexual
25
activity for which any person could be charged with a criminal offense, all in violation of Title 18,
26
United States Code, Section 2422(b).
27

28

INDICTMENT                                         1

COUNT TWO:          [18 U.S.C. § 1470 – Attempted Transfer of Obscene Material to a Minor]

The Grand Jury further charges: T H A T

MICHAEL DICKENS,

defendant herein, beginning on or about October 21, 2020, and continuing through on or about October 30, 2020, in the County of Fresno, State and Eastern District of California, and elsewhere, using any facility and means of interstate and foreign commerce, did knowingly transfer obscene matter to another individual who he believed had not attained the age of 16 years, and attempted to do so, all in violation of Title 18, United States Code, Section 1470.

FORFEITURE ALLEGATION:          [18 U.S.C. §§ 1467(a) and 2428(b) – Criminal Forfeiture]

1.      Upon conviction of the offense alleged in Count One of this Indictment, defendant MICHAEL DICKENS shall forfeit to the United States pursuant to 18 U.S.C. § 2428(b), any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations, and any property, real or personal, constituting or derived from proceeds traceable to said violations.

2.      Upon conviction of the offense alleged in Count Two of this Indictment, defendant MICHAEL DICKENS shall forfeit to the United States pursuant to 18 U.S.C. § 1467(a), any obscene material produced, transported, mailed, shipped, or received in violation of this count, any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

3.      If any property subject to forfeiture as a result of the offenses alleged in Counts One and Two of this Indictment, for which defendant is convicted:

      a.   cannot be located upon the exercise of due diligence;

      b.   has been transferred or sold to, or deposited with, a third party;

      c.   has been placed beyond the jurisdiction of the Court;

      d.   has been substantially diminished in value; or

      e.   has been commingled with other property which cannot be divided without

INDICTMENT

2

1  difficulty;

2  it is the intent of the United States, pursuant to 18 U.S.C. §§ 1467(b), 2253(b), and 28 U.S.C.

3  § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said

4  defendant, up to the value of the property subject to forfeiture.

5

6                                              A TRUE BILL.

7

8                                              /s/ Signature on file w/AUSA

9                                              FOREPERSON

10

11

12

13  MCGREGOR W. SCOTT
    United States Attorney
14  **KIRK E. SHERRIFF**

15  KIRK E. SHERRIFF
    Assistant United States Attorney
16  Chief, Fresno Office

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                          3