No. 1:20-cr-00219-NONE-SKO

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

**FILED**
Nov 19, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA
vs.

MICHAEL DICKENS

I N D I C T M E N T

VIOLATION(S): 18 U.S.C. § 2422(b) – Attempted Coercion and Enticement of a Minor; 18 U.S.C. § 1470 -- Transfer of Obscene Material to a Minor; 18 U.S.C. §§ 1467(a) and 2428(b) – Criminal Forfeiture

*A true bill,*

/s/
--------------------------------
*Foreman.*

*Filed in open court this* _____ *day*

*of* _____ , A.D. 20 _____

--------------------------------
*Clerk.*

*Bail, $* _____ **PLEASE ISSUE NO BAIL WARRANT** _____

--------------------------------
[signature: Erin P. Snyder]

GPO 863 525

## United States v. Michael Dickens
## Penalties for Indictment

### COUNT 1:

VIOLATION:	18 U.S.C. § 2422(b) – Attempted Coercion and Enticement of a Minor

PENALTIES:	Mandatory minimum of 10 years in prison and a maximum of up to LIFE in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of life

SPECIAL ASSESSMENT: $5,100 (18 U.S.C. §§ 3013, 3014)

### COUNT 2:

VIOLATION:	18 U.S.C. § 1470 – Transfer of Obscene Material to a Minor and Attempt

PENALTIES:	Up to 10 years in prison;
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

### FORFEITURE ALLEGATION:

VIOLATION:	18 U.S.C. §§ 1467(a) and 2428(b) – Criminal Forfeiture

PENALTIES:	As stated in the charging document

AO 257 (Rev. 9/92)

_____ YES: SAB conflict in USAO (Before 01/01/13)   ___Yes: SKO conflict in USAO (Before 4/12/10)   PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY  ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
    ☐ SUPERSEDING: Case No.

Name of District Court, and/or Judge/Magistrate Judge Location (City)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

☐ Petty
☐ Misdemeanor
☒ Felony

**DEFENDANT – – U.S. vs.**
MICHAEL DICKENS

Address

Birth Date (Optional unless a juvenile)
☐ Male   ☐ Alien
☐ Female   (if applicable)

Place of offense: FRESNO COUNTY
U.S.C. Citation: See Indictment

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

MONIQUE JACQUES – HSI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y   ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.

**DEFENDANT**

**IS *NOT* IN CUSTODY**
1) ☒ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?   ☐ Yes  ☐ No
If "Yes," give date filed
Mo.   Day   Year

**DATE OF ARREST**
Or . . . if Arresting Agency & Warrant were not Federal
Mo.   Day   Year
**DATE TRANSFERRED TO U.S. CUSTODY**

Name and Office of Person Furnishing Information on THIS FORM: LYNETTE DIXON

☐ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): LAURA D. WITHERS

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS

[X] **ADD FORFEITURE UNIT** (Check if Forfeiture Allegation)

**ISSUE NO BAIL WARRANT**