AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**ORIGINAL**

| United States of America | )  |
|---|---|
| v. | ) Case No. 1:20-cr-00219-NONE-SKO |
| MICHAEL DICKENS | ) |
|  | ) |
| *Defendant* | ) |

**FILED**
DEC 04 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

USMS FRESNO RCVD

NOV 20 2020 AM8:19

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **MICHAEL DICKENS**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2422(b) – Attempted Coercion and Enticement of a Minor
18 U.S.C. § 1470 -- Transfer of Obscene Material to a Minor
18 U.S.C. §§ 1467(a) and 2428(b) – Criminal Forfeiture

Date: **Nov 19, 2020**

_____
*Issuing officer's signature*

City and state: **Fresno, CA**     **Erica P. Grosjean, U.S. Magistrate Judge**
*Printed name and title*

### Return

This warrant was received on *(date)* NOV 20, 2020, and the person was arrested on *(date)* 12/02/20
at *(city and state)* Fresno, CA.

Date: 12/3/20

for HSI Nicole Nadeau
*Arresting officer's signature*

for HSI Nicole Nadeau
*Printed name and title*