**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant, MICHAEL DICKENS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | No. 20-CR-0219-NONE-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY PRETRIAL RELEASE CONDITION AND ORDER** |
| v. | |
| MICHEAL DICKENS, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto that Defendant, MICHAEL DICKEN's, Pretrial Condition of Release "(m)" be modified as follows:

> (m)  If Mr. Dicken's passport is located, the passport must be surrendered to the Clerk, U.S. District Court, and that Mr. Dickens must not apply for or obtain a passport or any other travel documents during the pendency of this case.

**IT IS SO STIPULATED.**

Dated: January 7, 2021.          Respectfully submitted,

                                 NUTTALL & COLEMAN


                                 By /s/ ROGER T. NUTTALL
                                    ROGER T. NUTTALL
                                    Attorneys for Defendant,
                                    MICHAEL DICKENS

1

Dated:  January 7, 2021.          United States Attorney

                                                By/s/ LAURA D. WITHERS
                                                   LAURA D. WITHERS
                                                 Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  **January 8, 2021**          /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE