# UNITED STATES DISTRICT COURT
for the

## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| v. ) | Case No. 1:20-cr-00219 NONE SKO |
| MICHAEL DICKENS ) | |

### ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: United States District Courthouse
*Place*

on February 17, 2021 at 1:00 p.m. before Magistrate Judge Sheila K. Oberto
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance and Compliance Bond, if ordered.

# Michael Dickens release is delayed until 9:00 AM on January 14, 2021

**DICKENS, Michael**
**Doc. No. 1:20-CR-0219-NONE-SKO**

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☑ (6) The defendant is placed in the custody of:

Name of person or organization   Walter Leon Alan

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _/s/ Walter L. Alan_
CUSTODIAN

☑ (7) The defendant must:
  ☑ (a) report on a regular basis to the following agency:
       Pretrial Services and comply with their rules and regulations;
  ☑ (b) reside with your custodian at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without prior approval of the PSO; travel restricted to Eastern District of California, unless otherwise approved in advanced by the PSO;
  ☑ (c) report any contact with law enforcement to your PSO within 24 hours;
  ☑ (d) cooperate in the collection of a DNA sample;
  ☑ (e) any employment must be approved in advance by Pretrial Services and you must not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18;
  ☑ (f) surrender your smartphone to your third-party custodian who will secure the device;
  ☑ (g) not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition, currently under your control;
  ☑ (h) not use or possess a computer of any device capable of accessing the Internet in your residence. However, your third party custodian and your mother are allowed to have their three iPads, one desktop computer, one laptop computer, and one smartphone, which must be password protected and secured at all times and you must not have access to said devices;
  ☑ (i) not loiter or be found within 100 feet of any school yard, park, playground, arcade, movie theater, or any other place primarily used by children under the age of 18;
  ☑ (j) participate in a program of medical or psychiatric treatment as approved by the PSO; you must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the PSO;
  ☑ (k) not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;
  ☑ (l) not access the internet. Your third-party custodian must password protect his internet/Wi-Fi service and you must not have access to the password;
  ☑ (m) surrender your passport to defense counsel and defense counsel will make arrangements to surrender the document to the Clerk, United States District Court, no later than December 11, 2020, by noon, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;
  ☑ (n) not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, including your daughter, except in the presence of another adult who is the parent or legal guardian of the minor;
  ☑ (o) following your release from custody, you must complete a 14-day quarantine period at your family residence. During this 14-day quarantine period, you must remain inside your residence at all times except for medical needs preapproved by the PSO. You must comply with any and all telephonic and virtual (video) reporting instructions given to you by the Pretrial Services office;
  ☑ (p) execute a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property: A $50,000 property bond secured by the residence owned by your mother, Sandra Jean Alan, and your step-father, Walter Leon Alan;
  ☑ (q) following the 14-day quarantine period, you must attempt to obtain a COVID-19 test with a medical provider at a location approved by the PSO, and you must report the results of your COVID-19 test to Pretrial Services immediately upon receipt;
  ☑ (r) upon completion of the 14-day quarantine period and after you have submitted a negative COVID-19 test result to Pretrial Services, you must participate in the following Location Monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay as determined by the PSO; **HOME DETENTION:** You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other essential activities pre-approved by the PSO. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf; and,

## USMS SPECIAL INSTRUCTIONS:

  ☑ (s) have your release on bond delayed until the posting of the property bond. Upon your release you must travel directly to your residence and contact Pretrial Services telephonically.

**DICKENS, Michael**
**Doc. No. 1:20CR00219-1**
**Modified**

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☐ (6) The defendant is placed in the custody of:

Name of person or organization

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _____
CUSTODIAN

☑ (7) The defendant must:
  ☑ (a) if your passport is located, you must surrender the document to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel document during the pendency of this case; and,
  ☑ (b) all other conditions of release not in conflict with this order, shall remain in full force and effect.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

X _____
*Defendant's Signature*

### Directions to the United States Marshal

( ☐ ) The defendant is ORDERED released after processing.

Date: 1/13/2021

_____
*Judicial Officer's Signature*

United States Magistrate Judge Sheila K. Oberto
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL