PHILLIP A. TALBERT
Acting United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-219-NONE-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE HEARING ON UNITED STATES' MOTION TO REVOKE [DKT. NO. 21] |
| MICHAEL DICKENS, | |
| Defendants. | |

The United States of America, by and through its undersigned counsel, and defendant Michael Dickens, by and through his undersigned counsel, hereby stipulate to continue the hearing on the United States' Motion to Revoke the defendant's pretrial release (Dkt. No. 21) until Friday, April 9, 2021 at 2:00 before Magistrate Judge Sheila K. Oberto.

Dated: April 5, 2021                         PHILLIP A. TALBERT
                                             Acting United States Attorney

                                             By:  /s/ LAURA D. WITHERS
                                                  LAURA D. WITHERS
                                                  Assistant United States Attorney

Dated: April 5, 2021                         By:  /s/ ROGER T. NUTTALL
                                                  ROGER T. NUTTALL
                                                  Counsel for Defendant
                                                  Michael Dickens

STIPULATION TO CONTINUE HEARING                                      1

**ORDER**

IT IS SO ORDERED.

Dated:    **April 5, 2021**                    /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE