PHILLIP A. TALBERT
Acting United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>MICHAEL DICKENS,<br><br>               Defendant. | CASE NO. 1:20-CR-00219-NONE-SKO<br><br>PARTIES' JOINT STIPULATION TO CONTINUE EVIDENTIARY HEARING ON UNITED STATES' MOTION TO REVOKE [DKT. NO. 21]; ORDER |

       The United States of America, by and through its attorneys of record, and defendant Michael Dickens, by and through his attorney of record, hereby jointly request that the evidentiary hearing on the United States' Motion to Revoke, Dkt. No. 21, currently scheduled for April 16, 2021, be continued until April 19, 2021, for good cause shown.

       Although it is the United States' position that this hearing should occur as soon as possible because the defendant's conduct on pretrial release justifies detention, the parties have learned that the primary pretrial services officer in this case who authored the report to the Court on the United States' motion is unexpectedly unavailable on April 16, 2021.  The defendant has specifically requested that that primary officer be present at the evidentiary hearing to answer his questions, although the United States is prepared to proceed without him.  A supervisor with the pretrial services office currently estimates that the primary officer on this case will be back on Monday, April 19, 2021.

       Therefore, the parties hereby jointly move and stipulate that the evidentiary hearing currently scheduled for April 16, 2021, be continued until April 19, 2021, for good cause shown, namely to meet

STIPULATION TO CONTINUE EVIDENTIARY HEARING      1

the defendant's request that the primary pretrial services officer be present.

Dated:  April 15, 2021 

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ LAURA D. WITHERS
LAURA D. WITHERS
Assistant United States Attorney

Dated:  April 15, 2021

By: /s/ ROGER T. NUTTALL
ROGER T. NUTTALL
Attorney for Defendant
Michael Dickens

**ORDER**

IT IS SO ORDERED.

Dated:  **April 15, 2021**

_____
UNITED STATES MAGISTRATE JUDGE