# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
Sep 28, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **United States of America** vs. **Michael Dickens** | ) ) ) Case No. 1:20-cr-00219-JLT-SKO-001 ) ) |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Michael Dickens_____, have discussed with _____Francisco J. Guerrero_____, Pretrial Services Officer, modifications of my release conditions as follows:

Condition (7)(r) is modified by removing **Home Detention**: You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf

To be replaced with **Curfew**: You must remain inside your residence every day from 9:00 p.m. to 6:00 a.m., or as adjusted by the Pretrial Services office or supervising officer, for medical, religious services, employment, or court-ordered obligations.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  9/28/22        _____  9/27/2022
Signature of Defendant       Date            Pretrial Services Officer         Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                   9/27/22
Signature of Assistant United States Attorney                 Date
Brian William Enos

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   9-28-22
Signature of Defense Counsel                  Date
Roger Nuttall

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on **Sep 28, 2022**
[ ] The above modification of conditions of release is *not* ordered.

_____                   **Sep 28, 2022**
Signature of Judicial Officer                 Date

cc:     U.S. Attorney's Office, Defense Counsel, Pretrial Services