PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00219-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET TRIAL DATE; |
| v. | |
| MICHAEL DICKENS, | DATE: December 6, 2023<br>TIME: 1:00 p.m. |
| Defendant. | JUDGE: Hon. Sheila K. Oberto |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on December 6, 2023, at 1:00 p.m. before Magistrate Judge Oberto.

2. By this stipulation, the parties now move to vacate the status conference and set the matter for jury trial as to defendant Michael Dickens for **June 11, 2024, at 8:30 a.m.**, and to exclude time between the date of this stipulation and June 11, 2024, under 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

3. The parties agree and stipulate, and request that the Court find the following:

1

a. Defendant Dickens was previously represented by defense counsel who has since withdrawn from the case and retired from the practice of law. Dickens' current defense counsel, who filed an appearance in this case on or about June 27, 2023, has received discovery in the case and continues to review that material. The defendant requests a trial date of June 11, 2024, to allow adequate time for investigation and trial preparation, and for continuity of counsel considering defense counsel's trial schedule. The government joins in the request for this trial date.

c. By previous Court order, time was excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through and including December 6, 2023 for *inter alia* further investigation and preparation. The parties further request that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., from the date of this stipulation through and including June 11, 2024, to allow the defendant to continue to consult with counsel, to further review discovery, conduct further investigation, and fully prepare for trial.

d. Counsel for defendant believes that failure to grant the above-requested continuance/time exclusion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. The government does not object to, and agrees to, the continuance/time exclusion.

f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to June 11, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action

outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: November 28, 2023

/s/Mark A. Broughton
MARK A. BROUGHTON
Counsel for Defendant
MICHAEL DICKENS

DATED: November 28, 2023

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Jury trial is set for June 11, 2024, at 8:30 a.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to June 11, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. At the request of the parties, the December 6, 2023, status conference is **VACATED**.

DATED: 11/29/23

*Sheila K. Oberto*
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

3