**Mark A. Broughton, #079822**
**MARK A. BROUGHTON, PC**
2300 Tulare Street, Suite 215
Fresno, California 93721
Tel: (559) 691-6222
Fax: (559) 691-6221
Mark@fresnocriminallawyer.com

ATTORNEY FOR Defendant,
MICHAEL DICKENS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20-CR-00219-JLT-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JURY TRIAL** |
| v. | |
| MICHAEL DICKENS, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Jury Trial on October 22, 2024, and Trial Confirmation on October 7, 2024, with the following briefing schedule:

    a. Motions in limine being due on September 9, 2024,

    b. Oppositions to Motions in limine being due on September 16, 2024,

    c. Replies to Motions in limines being due on September 23, 2024, and

    d. Trial submissions being due on October 8, 2024.

2. By this stipulation, defendant now moves to vacate the motions hearing and continue the Jury Trial to **March 18, 2025, at 8:30 a.m.** and a Trial Confirmation on **March 3, 2025, at 11:00 a.m.**, to exclude time between October 7, 2024, and March 18, 2025, under 18 U.S.C. § 3161(h)(7)(A), and to vacate the briefing schedule. Plaintiff does not oppose this

request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. Defense counsel entered his appearance on this matter on June 20, 2023.

    b. Additional time is needed for defense to review the voluminous discovery.

    c. Negotiations are ongoing and it has been brought to defense counsel's attention that there are some investigative interviews that will not take place until late next week; after the deadline to file in limine motions, and additional discovery has been requested to which the government has promised to produced.

    d. The government does not object to the continuance or the trial and trial confirmation hearing dates.

    e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 7, 2024, to March 18, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

                                        Respectfully submitted,

                                        MARK A. BROUGHTON, PC

DATED: September 6, 2024   By: */s/Mark A. Broughton*
                                           MARK A. BROUGHTON
                                           Attorney for Defendant MICHAEL DICKENS

DATED: September 6, 2024     By: */s/ Brittany Gunter*
                                 BRITTANY GUNTER
                                 Assistant United States Attorney

## ORDER

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from October 7, 2024, to, and including, March 18, 2025, based upon the Court's finding that the ends of justice outweigh the publics and defendant's interest in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

**IT IS ORDERED** that the motions hearing has been vacated and the Trial Confirmation is scheduled for **March 3, 2025, at 11:00 a.m.** and the Jury Trial is scheduled for **March 18, 2025, at 8:30 a.m.**

IT IS SO ORDERED.

Dated:   **September 9, 2024**

_____
UNITED STATES DISTRICT JUDGE