**Mark A. Broughton, #079822**
**MARK A. BROUGHTON, PC**
2300 Tulare Street, Suite 215
Fresno, California 93721
Tel: (559) 691-6222
Fax: (559) 691-6221
Mark@fresnocriminallawyer.com

ATTORNEY FOR Defendant,
MICHAEL DICKENS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20-CR-00219-JLT-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JURY TRIAL** |
| v. | |
| MICHAEL DICKENS, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Trial Confirmation on March 3, 2025, and Jury Trial on March 18, 2025.

2. By this stipulation, the parties now move to vacate both Trial Confirmation and Jury Trial and instead set the Trial Confirmation on April 7, 2025, at 9:00 a.m. and the Jury Trial to May 6, 2025, at 8:30 a.m. and to exclude time between the date of this stipulation and May 6, 2025, under 18 U.S.C. § 3161(h)(7)(A), and to vacate the briefing schedule. The government does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:
   a. Defense counsel entered his appearance on this matter on June 20, 2023.
   b. Additional time is needed for defense as counsel will be out of the country.

   c. The government does not object to the continuance or the trial and trial confirmation hearing dates.

   d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of this stipulation to May 6, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

           Respectfully submitted,

           MARK A. BROUGHTON, PC

DATED: November 6, 2024, By: */s/Mark A. Broughton*
              MARK A. BROUGHTON
              Attorney for Defendant MICHAEL DICKENS

DATED: November 6, 2024 By: */s/ Brittany Gunter*
              BRITTANY GUNTER
              Assistant United States Attorney

**ORDER**

IT IS SO FOUND.  The jury trial is set for May 6, 2025, at 8:30 a.m.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to May 6, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  At the request of the parties, the March 18, 2025 trial is **VACATED**.

**IT IS ORDERED** that the Trial Confirmation is scheduled for **April 7, 2025, at 9:00 a.m.** and the Jury Trial is scheduled for **May 6, 2025, at 8:30 a.m.**

IT IS SO ORDERED.

Dated:   **November 7, 2024**

_____
UNITED STATES DISTRICT JUDGE