MICHELE BECKWITH
Acting United States Attorney
ARIN C. HEINZ
BRITTANY M. GUNTER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL DICKENS,<br><br>Defendant. | CASE NO. 1:20-CR-00219-JLT-SKO<br><br>JOINT STATUS REPORT AND STIPULATION AND ORDER TO VACATE MOTION FOR DISCOVERY (DOC. 82) |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Michael Dickens, by and through defendant's counsel of record, Mark Broughton hereby stipulate as follows:

1. By previous order, this matter was set for trial on May 6, 2025, and a trial confirmation hearing on April 7, 2025. Additionally, this case is set for a continued hearing on a Motion for Discovery on March 5, 2025. By minute order, the Court directed the parties to meet and confer to file a joint status report. Dkt. 89.

2. Accordingly, the parties agree and stipulate, and request that the Court order the following:

   a) The parties request to vacate the motion hearing on March 5, 2025, because there are no further pending discovery issues. Therefore, a hearing is no longer necessary.

   b) The parties request to keep the currently scheduled trial confirmation hearing date

and trial date.

IT IS SO STIPULATED.

DATED: February 27, 2025          MICHELE BECKWITH
                                  Acting United States Attorney

                                  By: /s/ *Arin C. Heinz*
                                  ARIN C. HEINZ
                                  Assistant U.S. Attorney


DATED: February 27, 2025          By: /s/ *Mark Broughton*
                                  MARK BROUGHTON
                                  Attorney for Defendant
                                  MICHAEL BRIMAGE

**ORDER**

IT IS SO ORDERED.

DATED: 3/4/2025                   *Sheila K. Oberto*
                                  Hon. Sheila K. Oberto
                                  U.S. Magistrate Judge