1  MICHELE BECKWITH
   Acting United States Attorney
2  ARIN C. HEINZ
   BRITTANY M. GUNTER
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:20-CR-00219-JLT-SKO |
| Plaintiff, | STIPULATION TO SET MOTIONS BRIEFING SCHEDULE AND HEARING ON MOTION TO DISMISS; ORDER |
| v. | |
| MICHAEL DICKENS, | |
| Defendant. | |

        The United States of America, by and through its counsel of record, and defendant Michael

Dickens, by and through defendant's counsel of record, Mark Broughton, hereby stipulate as follows:

        1.      On March 6, 2025, the defense filed a motion to dismiss.  ECF 92.  The defense noticed a

hearing for April 7, 2025, at 9:00 a.m.  *Id*.  April 7, 2025, is also the date set for the trial confirmation

hearing in this case.

        2.      In light of the pending motion to dismiss, the parties met and conferred and agreed to a

briefing schedule.  Accordingly, the parties request that the Court approve the following briefing

schedule:

                a)      Any opposition to the motion to dismiss is to be filed by the government by

                        March 19, 2025.

                b)      Any reply to the government's opposition is to be filed by the defense by April 3,

                        2025.

STIPULATION TO SET MOTIONS BRIEFING SCHEDULE            1
AND HEARING ON MOTION TO DISMISS; ORDER

1    3.    In accordance with the defense's motion to dismiss, the parties request that the Court set

2  a hearing on the motion for April 7, 2025, at 9:00 a.m.

3  IT IS SO STIPULATED.

4

5  Dated:  March 7, 2025                    MICHELE BECKWITH
                                           Acting United States Attorney

6

7                                          /s/ BRITTANY M. GUNTER
                                           BRITTANY M. GUNTER
                                           ARIN C. HEINZ
8                                          Assistant United States Attorneys

9

10  Dated:  March 7, 2025                   /s/ MARK BROUGHTON
                                           MARK BROUGHTON
11                                         Counsel for Defendant

12

13

14                            **ORDER**

15    IT IS ORDERED that the Court will conduct a hearing on the motion to dismiss on April 7,

16  2025, at 9:00 a.m.  The Court adopts the proposed briefing schedule set forth in the parties' stipulation

17  above.

18
    IT IS SO ORDERED.
19

20    Dated:   **March 7, 2025**                    _Jennifer L. Thurston_
                                                   UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

STIPULATION TO SET MOTIONS BRIEFING SCHEDULE              2
AND HEARING ON MOTION TO DISMISS; ORDER