```
MICHELE BECKWITH
Acting United States Attorney
ARIN C. HEINZ
BRITTANY M. GUNTER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00219-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO VACATE TRIAL DATE, TRIAL DEADLINES, AND MOTIONS HEARING AND TO SET CHANGE OF PLEA HEARING; ORDER |
| v. | |
| MICHAEL DICKENS, | |
| Defendant. | |

The United States of America, by and through its counsel of record, and defendant Michael Dickens, by and through defendant's counsel of record, Mark Broughton, hereby stipulate as follows:

1. This case is currently set for trial on May 6, 2025. ECF 81. The Court issued a pretrial order setting a motions hearing for April 29, 2025, and various deadlines related to exhibits. ECF 96.

2. On April 21, 2025, the government extended a plea offer to the defendant. The defendant accepted the plea offer and provided the government with the signed plea agreement on April 23, 2025. ECF 129.

3. The parties conferred about setting a change of plea hearing on May 5, 2025. The courtroom deputy confirmed the Court's availability on that date for a change of plea.

4. Accordingly, the parties jointly request that the Court vacate the trial date, trial deadlines, and motions hearing. The parties further request that the Court set the case for a change of plea hearing on May 5, 2025.

5. Time was previously excluded through May 6, 2025. ECF 80.

IT IS SO STIPULATED.

Dated: April 23, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
ARIN C. HEINZ
Assistant United States Attorneys

Dated: April 23, 2025

/s/ MARK BROUGHTON
MARK BROUGHTON
Counsel for Defendant

## ORDER

IT IS ORDERED that:

1) The trial date currently set for May 6, 2025, is hereby VACATED.

2) Any remaining trial deadlines set forth in the Court's Pretrial Order are hereby VACATED.

3) The motions hearing currently set for April 29, 2025, is hereby VACATED.

4) A change of plea hearing is set for May 5, 2025, at 9:00 a.m.

IT IS SO ORDERED.

Dated: April 23, 2025

_____
UNITED STATES DISTRICT JUDGE