1  MICHELE BECKWITH
   Acting United States Attorney
2  ARIN C. HEINZ
   BRITTANY M. GUNTER
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           1:20-CR-00219-JLT-SKO

12 |                   Plaintiff,
                                         PRELIMINARY ORDER OF FORFEITURE
13 |           v.

14 | MICHAEL DICKENS,

15 |                   Defendant.

16

17    Based upon the plea agreement entered into between plaintiff United States of America and

18 defendant Michael Dickens, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

19    1.    Pursuant to 18 U.S.C. § 2428(b), defendant Michael Dickens' interest in the following

20 property shall be condemned and forfeited to the United States of America, to be disposed of according

21 to law:

22         a.    Apple iPhone XS Max, IMEI: 353096102361400.

23    2.    The above-listed property was used or intended to be used to commit and to facilitate the

24 commission of a violation of 18 U.S.C. § 2422(b).

25    3.    Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to

26 seize the above-listed property. The aforementioned property shall be seized and held by the U.S.

27 Customs and Border Protection – Homeland Security Investigations, in its secure custody and control.

28

4.    a.    Pursuant to 28 U.S.C. § 2461(c), incorporated by 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b.    This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2428(b), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   **June 2, 2025**                                       *Jennifer L. Thurston*
                                                              UNITED STATES DISTRICT JUDGE