Mark A. Broughton, #079822
MARK A. BROUGHTON, PC
2300 Tulare Street, Suite 215
Fresno, CA 93721
Tel: (559) 691-6222
Fax: (559) 691-6221
Mark@FresnoCriminalLawyer.com

ATTORNEY FOR Defendant,
MICHAEL DICKENS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL DICKENS,<br><br>Defendant. | Case No.: 1:20-CR-00219-JLT-SKO<br><br>MOTION AND [PROPOSED] ORDER TO WITHDRAW AS ATTORNEY OF RECORD |

On November 19, 2020, Defendant Michael Dickens was indicted on federal charges. Attorney Mark A. Broughton was retained by Mr. Dickens on June 10, 2023, and Notice of Attorney Appearance was filed June 20, 2023. Mr. Dickens was sentenced September 22, 2025, pursuant to a plea agreement entered on April 23, 2025; Mr. Dickens was in custody at the time of sentencing. The time for filing a direct appeal is October 6, 2025. Having completed his representation of Mr. Dickens, attorney Mark A. Broughton now moves to terminate his representation under the Criminal Justice Act.

Mark A. Broughton, attorney retained by Defendant, MICHAEL DICKENS, hereby requests to be removed as the attorney of record for Defendant based on the information provided.

Respectfully submitted,

MARK A. BROUGHTON, PC:

Date:   September 22, 2025

/s/ *Mark A. Broughton*
Mark A. Broughton
Attorney for Defendant
MICHAEL DICKENS

### [PROPOSED ORDER]

Having reviewed the notice and found that attorney Mark A. Broughton has completed the services for which he was retained, the Court hereby grants attorney Broughton's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).

The Clerk of Court is directed to serve a copy of this order on Defendant Michael Dickens at the following address and update the docket to reflect Defendant's pro se status and contact information:

Michael Dickens, ID No. 20248 509

Taft Modified Community Correctional Facility

P.O. Box 925 / 330 Commerce Way

Taft, California 93268-0925

**IT IS SO ORDERED**

DATED:  September 23, 2025

Honorable Jennifer L. Thurston