**Mark A. Broughton, #079822**
**MARK A. BROUGHTON, PC**
2300 Tulare Street, Suite 215
Fresno, CA 93721
Tel: (559) 691-6222
Fax: (559) 691-6221
Mark@fresnocriminallawyer.com

ATTORNEY FOR Defendant,
MICHAEL DICKENS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20-CR-00219-JLT-SKO |
| Plaintiff, | |
| v. | **ORDER FOR EXONERATION OF PROPERTY BOND** |
| MICHAEL DICKENS, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, it is hereby ordered that the Property Bond posted on behalf of Defendant, Michael Dickens, in the amount of $50,000.00 is hereby exonerated.

It is further ordered that the Clerk of the United States District Court for the Eastern District of California issue a Deed of Reconveyance for the following property:

>    Copy of Deed of Trust #2021-0002751
>    Owners: Walter L. Allen and Sandra J. Allen as Trustees of the Allen Family Revocable Trust of December 13, 2005

///

///

1    The Deed of Reconveyance shall be forwarded to Mark A. Broughton, Esq., counsel for
2 Defendant, Michael Dickens.

IT IS SO ORDERED.

Dated: __September 24, 2025__                    /s/ Jennifer L. Thurston
                                                  UNITED STATES DISTRICT JUDGE