1  ERIC GRANT
   United States Attorney
2  ARIN C. HEINZ
   BRITTANY M. GUNTER
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:20-CR-00219-JLT-SKO |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| MICHAEL DICKENS, | |
| Defendant. | |

On or about June 3, 2025, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2428(b), based upon the plea agreement entered into between plaintiff and defendant Michael Dickens forfeiting to the United States the following property:

    a.    Apple iPhone XS Max, IMEI: 353096102361400.

Beginning on June 6, 2025, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

///

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2428(b), including all right, title, and interest of Michael Dickens.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection – Homeland Security Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this _____ day of _____, 2025.

IT IS SO ORDERED.

Dated: **October 7, 2025**

_____
UNITED STATES DISTRICT JUDGE